**H.E. Elya A. PEKER, Abi Ambassador,**
**Plaintiff–Appellant,**

v.

**Reid A. FADER, Galaxy of Graphics,**
**Ltd., Defendant–Appellee.**

**No. 05–4546–CV.**

United States Court of Appeals,
Second Circuit.

Jan. 24, 2006.

On submission, for Appellant.

On submission, for Appellee.

PRESENT: Hon. JOHN M. WALKER,
Jr., Chief Judge, Hon. JON O. NEWMAN,
and Hon. ROBERT A. KATZMANN,
Circuit Judges.

SUMMARY ORDER

Plaintiff appellant H.E. Elya Peker, *pro
se*, appeals from the order of the United
States District Court for the Southern Dis-
trict of New York (John G. Koeltl, *Judge* )

---

1. Pursuant to Federal Rule of Appellate Pro-
   cedure 43(c)(2), Attorney General Alberto R.
   Gonzales is automatically substituted for for-

dated May 9, 2005, denying Peker's motion
to correct Form AO 121. We have consid-
ered the appellant's contentions and find
them without merit.

The district court's order is therefore
AFFIRMED.